FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR - 9 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR404 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ERIC GERLACH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the letter request of the Warden, Metropolitan Correctional Center, Chicago, Illinois (MCC-Chicago), for an extension in the evaluation period of Eric Gerlach (Gerlach) pursuant to this court's order of January 3, 2006, which committed Gerlach to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 (Filing No. 13). The Warden represents that Gerlach only arrived at MCC-Chicago on February 15, 2006, and the Warden requests until March 31, 2006, in order to complete the study period and submit the final report no later than April 14, 2006. The request is granted.

**IT IS SO ORDERED.**

DATED this 9th day of March, 2006.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge

**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Correctional Center*

*71 W. Van Buren Street*
*Chicago, IL 60605*

March 3, 2006

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR - 9 2006

OFFICE OF THE CLERK

The Honorable Judge Thomas D. Thalken
United States District Court Magistrate Judge
111 South 18th Plaza
Suite 2271
Omaha, NE 68102

RECEIVED

MAR - 9 2006

THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE

RE: GERLACH, Eric
    Docket No.:8:05CR404
    Reg. No.: 20499-047

Dear Judge Thalken:

This is in response to your court order dated January 3, 2006, which committed Mr. Gerlach to an examination and evaluation pursuant to Title 18, United States Code, Section 4241. Mr. Gerlach was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on January 31, 2006, and arrived on February 15, 2006.

The statute allows our psychology staff 30 days to complete the evaluation. Our clinical psychologist requests a 15-day extension as permitted by the statute in order to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The time period for the evaluation commenced upon arrival to MCC Chicago. It is anticipated that the evaluation will be completed by March 31, 2006. Three copies of the report will be submitted to the court within two weeks of completion of the evaluation. You can expect to receive the report by April 14, 2006, should you grant our request for extension.

If you should have any questions regarding this request, please contact Dr. John Pindelski at (312) 322-0567, Ext. 469. For any other questions, please contact me at (312) 322-0567, Ext. 500.

                                                Sincerely,

                                                Silas M. Irvin
                                                Warden