IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR404 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR NONCUSTODIAL |
| | ) | TRANSPORTATION, LODGING AND |
| ERIC GERLACH | ) | SUBSISTENCE |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court *sua sponte* regarding the defendant's transportation, subsistence and lodging expenses. Defendant is indigent and is in need of noncustodial transportation from Omaha, Nebraska to Grand Island, Nebraska, following his hearing on April 27, 2005.

**IT IS ORDERED:**

1. The U.S. Marshals shall provide noncustodial transportation to Grand Island, Nebraska, for the defendant.

DATED this 27th day of April, 2006.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge