IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR404 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC GERLACH, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion and pursuant to 18 U.S.C. § 4244,

IT IS ORDERED:

1.    The defendant shall self-surrender to the United States Marshal's Service at the Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Room B06, Omaha, NE 68102-1322, to the custody of the United States Bureau of Prisons **on Thursday, August 31, at 12:00 p.m.**, and shall submit to a full psychiatric and psychological evaluation and report, particularly as it relates to his pedophilia, to be conducted at FMC Butner, Federal Medical Center, Old N. Carolina Hwy 75, Butner, NC  27509.  The United States Marshal shall transfer defendant to FMC Butner.

2.    The U.S. Probation Officer's report and the court's conversations with the defendant demonstrate to the court that the defendant is suffering from a long-standing mental illness relating to his pedofile tendencies.  Therefore, the court is ordering the defendant's mental evaluation.

3.    The report shall include the information required pursuant to 18 U.S.C. § 4247(c). If the report includes an opinion by the examiners that the

defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment needed.

4.    The report shall be completed on or before October 30, 2006.

5.    The defendant shall be returned to the court for disposition hearing on **November 9, 2006, at 1:30 p.m** in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of August, 2006.

BY THE COURT:


s/Joseph F. Bataillon
United States District Judge