IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR404 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ERIC GERLACH, | ) ) | |
| Defendant. | ) ) | |

The court has been informed that the psychiatric and psychological evaluation and report previously ordered by this court (Filing No. 35) will be not be complete until November 24, 2006.

THEREFORE, IT IS ORDERED that the disposition hearing is rescheduled to **December 8, 2006, at 1:30 p.m** in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge